76,283-07

Sept. 21, 2015

Honorable Court Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

Re: WR-76,283-07

Dear Honorable Court Clerk:

On August 26, 2015 your office received my actual innocence 11.07 from the state court. The state court did not forward a copy of it's findings and conclusions or any annexed documents nor will that court return any correspondence from me. In fact, it seems they have disregarded my SASE for that very purpose, therefore I must depend on you. Would you either forward me a copy of those findings and accompanying documents or, if there is a charge for those documents, let me know the amount and I will iniate the appropriate process.

Thank you for your assistance

Sincerly

Steven M. Backstrom
TDCJ # 1657938

Clements Unit
9601 Spur 591
Amarillo, TX 79107